[No. 33328-7-II.   Division Two.   May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JERALD JASON MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04162-9, Beverly Grant, J., entered June 2, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 33377-5-II.   Division Two.   May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARLOWE JAY YODER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00655-9, H. John Hall, J., entered June 6, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 33449-6-II.   Division Two.   May 23, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. ERICK DONALD GILSDORF, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01820-7, Beverly Grant, J., entered June 24, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 33454-2-II.   Division Two.   May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARDO ORTIZ-AYALA, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 04-1-00085-6, Joel M. Penoyar, J., entered June 17, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.